1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| DANNY R. DOWDY, | CASE NO. 1:08-cv-00058-AWI-GSA PC |

10

                Plaintiff,              ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING

11

    v.                     ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER

12

S. RAMAN, et al.,

                         (Docs. 10 and 11)

13

                Defendants.

14

_____/

15

16

       Plaintiff Danny R. Dowdy ("Plaintiff") is a former state prisoner proceeding pro se and in

17

forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to

a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

18

       On June 18, 2008, the Magistrate Judge filed a Findings and Recommendations herein which

19

was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and

20

Recommendations was to be filed within fifteen days.  No Objection was filed.

21

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

22

de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

23

and Recommendations to be supported by the record and by proper analysis.

24

       Accordingly, IT IS HEREBY ORDERED that:

25

       1.      The Findings and Recommendations, filed June 18, 2008, is adopted in full; and

26

///

27

///

28

1

1        2.      This action is dismissed, without prejudice, for failure to obey a court order.

2

3    IT IS SO ORDERED.

4    **Dated:**   **August 2, 2008**                     **/s/ Anthony W. Ishii**
                                                CHIEF UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28